UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TARELL McILWAIN,                              :
                                              :
                              Plaintiff,       :
                                              :
            -against-                         :
                                              :
THE CITY OF NEW YORK, RAMU HILLER,            :
JEREMY RAMOS, SHAWN WILKINSON, and            :
UC #308,                                      :
                                              :
                              Defendants.      :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/19

1:16-cv-3133-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

For the reasons discussed on the record during the final pre-trial conference held on November 22, 2019, Plaintiff's Motions in Limine Nos. 1 and 4 and Defendants' Motions in Limine Nos. 3, 6, 7, and 8 are granted. Plaintiff's Motion in Limine No. 5 and Defendants' Motion in Limine No. 5 are denied. The Court reserved judgment regarding Plaintiff's Motions in Limine Nos. 2 and 3 and Defendants' Motions in Limine No. 1, 2, and 4.

The parties are directed to submit a joint letter to the Court by email no later than December 2, 2019 detailing any requested changes to the proposed case summary, voir dire questions, and statement of law. At that time, the parties should also submit a proposed joint statement to be read to the jury explaining why Defendant UC #308 will not be present for certain portions of the trial.

The parties are directed to provide the Court with one additional courtesy copy of their trial exhibits by no later than December 2, 2019.

Plaintiff is directed to provide the Court with a letter by no later than November 29, 2019 informing the Court whether he intends to call Antonio Jimenez and Elik Johnson to testify at trial.

Plaintiff is further directed to provide the Court with a letter by no later than December 2, 2019 informing the Court and Defendants whether he intends to introduce or rely upon any portion of the NYPD Patrol Guide at trial.

Defendants are directed to file their memorandum of law and supporting affidavits regarding their requested procedures for Defendant UC #308's testimony by no later than November 29, 2019. Plaintiff's opposition to Defendants' request is due by no later than December 3, 2019. Defendants' reply is due by no later than December 4, 2019.

Defendants are directed to provide the Court with their position regarding whether the trial should be bifurcated to provide for a separate punitive damages stage as promptly as possible.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 64 and 69.

SO ORDERED.

Dated: November 25, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge