

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-203b
NEW YORK, NY 10007

ELISSA P. FUDIM
Senior Counsel
Phone: (212) 356-2335
Fax: (212) 356-3509
Efudim@law.nyc.gov

November 29, 2019

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Tarell McIlwain v. City of New York et al.,* 16-cv-3133 (GHW)

Your Honor:

      I write to advise the Court that as of a few days ago, UC 308 is no longer an undercover officer. She is now an investigative detective, and as a result, defendants will no longer be seeking to seal the courtroom during her testimony or seat her in a separate room for trial.

Respectfully submitted,

*Elissa P. Fudim*
Elissa Fudim
Senior Counsel