USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

TARELL MCILWAIN,

                             Plaintiff,

         -against-

CITY OF NEW YORK, UC 308, DETECTIVE JEREMY
RAMOS, AND DETECTIVE SHAWN WILKENSON

                            Defendants.

-------------------------------------------------------------------- x

**ORDER PERMITTING DEFENDANTS TO BRING NARCOTICS EVIDENCE INTO COURT**

16 Civ. 3133 (GHW)

**WHEREAS** a trial in the above-captioned matter will be held in the Southern District of New York, 500 Pearl Street, New York, N.Y. from December 9 through December 13, 2019;

**WHEREAS** certain narcotics are anticipated to be used for purposes of trial;

**IT IS HEREBY ORDERED THAT** that the Court Security Officers or other individuals in charge of admitting the public into the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, allow defendants, by their counsel Josh Levin and Elissa Fudim, from the Office of James E. Johnson, Corporation Counsel for the City of New York, to bring into the courthouse narcotics evidence (specifically crack cocaine) packaged in New York Police Department evidence pouches, having been vouchered as evidence by the New York City Police Department. This order shall remain in effect from December 9, 2019 through and including December 13, 2019.

Dated: December 3, 2019

                                                 **SO ORDERED:**

                                                 Hon. Gregory H. Woods