# LUMER LAW GROUP

Attorneys At Law

305 BROADWAY
SUITE 1400
NEW YORK, NEW YORK 10007

WWW.LUMERLAW.COM

(212) 566-5060

January 3, 2020

**By ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

    **Re:** McIlwain v. City of New York, et al.,
           16 CV 3133 (GHW)

Dear Judge Woods:

    We represent plaintiff and write on behalf of all parties to respectfully request that the Court further stay the entry of judgment against defendants City of New York, Jeremy Ramos, and Shelby Jones through January 10, 2020, to allow the parties to further discuss a possible global settlement.

    The Court had previously granted the parties' first such joint application of December 17, and stayed the entry of judgment through the end of today. The parties have been engaged in discussions and have made some progress, notwithstanding the usual difficulties posed by office closures and vacation schedules during the holiday season. We believe that the additional week will allow the parties to determine conclusively whether settlement is possible.

    Thank you for your kind consideration.

Respectfully submitted,

Michael Lumer

Application granted. The Court will stay entry of judgment in this case until on or after January 13, 2020.

SO ORDERED.

Dated: January 6, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge