**JAMES E. JOHNSON**
*Corporation Counsel*



THE CITY OF NEW YORK

LAW DEPARTMENT

100 CHURCH STREET, Rm. 3-203b
NEW YORK, NY 10007

**ELISSA P. FUDIM**
Senior Counsel
Phone: (212) 356-2335
Fax: (212) 356-3509
Efudim@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/13/20

January 10, 2020

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMORANDUM ENDORSED

Re: *Tarell McIlwain v. Jeremy Ramos and Shelby Jones,* 16-cv-3133 (GHW)

Your Honor:

     I write jointly with plaintiff's counsel, Michael Lumer, to advise the Court that the parties have reached a global settlement of this matter, inclusive of fees and costs. This global settlement will allow the parties to avoid post-trial motions, appeal, and motion practice with respect to attorneys' fees and costs. The parties anticipate filing a stipulation of settlement and notice of dismissal in the next two weeks. Accordingly, we ask the Court to forego entry of judgment.

Respectfully submitted,

*Elissa P. Fudim*

Elissa Fudim
Senior Counsel

Cc: Michael Lumer

---

Application granted. The Court will defer entry of judgment until February 3, 2020 and expects that the parties will file a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) by no later than January 27, 2020.

SO ORDERED.

Dated: January 13, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge